**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ERIC L. CHILCOTE, Sr.,** | : | **No. 3:25-CV-1300** |
| | : | |
| **Plaintiff** | : | **(Caraballo, M.J.)** |
| | : | |
| **v.** | : | |
| | : | |
| **FRANK J. BISIGNANO, Commissioner of Social Security Administration,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

For the reasons set forth in the accompanying Memorandum, it is **ORDERED** that:

1. The Commissioner's decision denying the claims for social security disability benefits filed by Plaintiff Eric L. Chilcote, Sr. is **AFFIRMED**;
2. Chilcote's appeal (Doc. 1) is **DENIED**; and
3. The Clerk's Office is **DIRECTED** to **ENTER** judgment in favor of the Commissioner and against Chilcote, and **CLOSE** this case.

Date: September 30, 2026

***s/ Phillip J. Caraballo***
Phillip J. Caraballo
United States Magistrate Judge